No. 600. THE ADELBERT COLLEGE OF THE WESTERN RESERVE UNIVERSITY ET AL., PETITIONERS, *v.* THE WABASH RAILROAD COMPANY ET AL; and No. 601. CYRUS F. PIERSON

ET AL., PETITIONERS, *v.* THE WABASH RAILROAD COMPANY ET AL. October 18, 1909. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Lawrence Maxwell, Mr. Murray Seasongood* and *Mr. John C. F. Gardner* for petitioners. *Mr. John G. Milburn, Mr. John H. Doyle, Mr. Rush Taggart* and *Mr. Judson Harmon* for respondents.